3

Kristy A. Hernandez, SB#231141
LAW OFFICES OF KRISTY A. HERNANDEZ
8854 Greenback Lane, Suite 1
Orangevale, CA 95662
Phone: (916) 988-1800
Facsimile: (916) 988-1850
E-Mail: Kristy@khlawoffices.com

Attorney for Debtor
ALFONSO MERCADO AND
CLAUDIA GUERRA MERCADO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

ALFONSO MERCADO AND
CLAUDIA GUERRA MERCADO,

DEBTOR

Case No.: 2010-54073
Docket Control No.: KH-1

Date: February 22, 2011
Time: 10:00 AM
Department: A
The Honorable Michael S. McManus
Courtroom: 28

**MOTION FOR ORDER COMPELLING ABANDONMENT OF THE**

**ESTATE'S INTEREST IN DEBTOR'S BUSINESS**

Attorney Kristy A. Hernandez, on behalf of the Debtor herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtor's Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on December 30, 2010. Geoffrey Richards was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtor operates a tree trimming business. Said business is located at 9552 River Rose, Sacramento, CA 95827. The Debtor's tools of the trade and other business-related assets, if any, have been disclosed in the filed Schedule B and there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtor. The schedules, as filed with the Court, are incorporated herein by reference.

3. The Debtor is aware that, under the provisions of Title 11, US Codes §721, the Trustee has the authority to operate the Debtor's business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

4. However, the Debtor asserts that, based on the lack of any unexempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate to either operating OR shutting down this business.

5. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtor, to file a motion seeking to compel the Trustee to abandon property of the estate. Wherefore, the Debtor moves this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtor's Business.

**CERTIFICATION**

I, Kristy A. Hernandez, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtor's Business. I

further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on January 12, 2011 at Orangevale, California.

<u>/s/ Kristy A. Hernandez</u>
Kristy A. Hernandez
Law office of Kristy Hernandez